UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

FRANCISCO MORENO-ALATORRE,

        Defendant.

Case No. 01-cr-00423-JSW-4

**ORDER TO COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**

This matter was scheduled for a status hearing on May 23, 2017 at 1:00 p.m. Counsel for Defendant, Erick Guzman, did not appear at the hearing. According to representations at the hearing, Mr. Guzman asked his co-counsel to appear on his behalf, but he failed to seek and obtain leave of this Court to do so. *See* Criminal Standing Orders ¶ 3 ("Unless the Court grants a written motion, filed sufficiently in advance of a court date for the Court to rule, and which demonstrates good cause to permit alternate counsel to appear in lead counsel's place, the parties shall appear in person through lead trial counsel to discuss all items referred to in this Order and with authority to enter stipulations and to agree to further scheduling dates.").

Accordingly, the Court HEREBY ORDERS Mr. Guzman to show cause why the Court should not imposed monetary sanctions in the amount of $250.00 for his failure to comply with the Court's Standing Order and for his failure to appear on May 23, 2017. Mr. Guzman's response to this Order to Show Cause shall be due by May 30, 2017.

    **IT IS SO ORDERED.**

Dated: May 23, 2017

_____

JEFFREY S. WHITE
United States District Judge