UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANCISCO MORENO-ALATORRE,<br>Defendant. | Case No. 01-cr-00423-JSW-4<br><br>**FURTHER ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 862, 868, 869 |

On May 31, 2017, the Court issued an Order imposing $250.00 in monetary sanctions on counsel for Defendant, Erick Guzman, Esq., regarding his failure to appear for a status hearing and his failure to comply with this Court's Standing Order setting forth procedures to have alternate counsel appear. (Dkt. No. 869.) The Court also ordered counsel to review this Court's Standing Orders for criminal cases as well as its Guidelines for Motions, Final Pretrial Conference, and Trials in Criminal Cases, and file a notice that he had done so. The notice and the sanctions were due by June 7, 2017.

On June 7, 2017, Counsel filed a document entitled "Notice of Review of Standing Orders," which is unsigned, contains a different attorney's name and a different defendant's name in the signature block and is dated October 9, 2014. (Dkt. No. 870.) Although Mr. Guzman was advised by the Court's staff of the issue with the signature block, he has not yet refiled a Notice, signed by him, certifying that he has reviewed the Court's standing orders and Guidelines for Motions, Final Pretrial Conference, and Trials in Criminal Cases. In addition, the Court has not yet received the payment of the monetary sanctions.

Accordingly, Mr. Guzman is HEREBY ORDERED TO SHOW CAUSE why the Court should not impose additional monetary sanctions, in the amount of no less than $250.00 and no

more than $500.00, for failure to timely comply with the Court's Order. Mr. Guzman's response shall be due by no later than June 19, 2017. Payment of the sanctions will not be sufficient to discharge Mr. Guzman's obligation to respond to this Order to Show Cause. The Court also advises Mr. Guzman that if he continues to fail to respond to this Court's Order, the Court may issue an Order to Show Cause why he should not be held in contempt.

**IT IS SO ORDERED.**

Dated: June 12, 2017

_____
JEFFREY S. WHITE
United States District Judge